UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-7390-GW-Ex | Date | February 28, 2023 |
|---|---|---|---|
| Title | *Kevin Cox v. EQR-4th and Hill LP* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On November 21, 2022, Plaintiff Kevin Fox filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court now sets an order to show re: settlement hearing for April 13, 2023 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on April 12, 2023.

:

Initials of Preparer   JG